UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-12-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. WHITEVILLE RENTALS, INC., Plaintiff, v. SAUER, INC. Defendant. | ) ) ) ) ) ) ) ) ) | ORDER |

This matter is before the court on the plaintiff's Motion for Default Judgment [DE-8]. It appearing from the plaintiff's motion and attached exhibits, together with the record herein, that plaintiff, Whiteville Rentals, Inc. is entitled thereto, it hereby is ORDERED that the Motion for Default Judgment [DE-8] is ALLOWED as against Sauer, Inc. The Clerk of Court is DIRECTED to enter Default Judgment in favor of the plaintiff in the sum of **$61,400.00**, plus post-judgment interest at the legal rate. *See* Affidavit of Kenneth W. Thomas, President of Whiteville Rentals, Inc., Exhibit A to Motion for Default Judgment.

Counsel for the plaintiff is DIRECTED to file, on or before **January 12, 2009**, his detailed affidavit in support of plaintiff's demand for "Lessor's reasonable attorney's fees and court costs" incurred in "resort[ing] to litigation to recover for damages caused to or loss of such property." *See* Contract Agreement, Exhibit to Motion for Default Judgment; Verified Complaint [DE-1] at Demand following ¶ 23.

SO ORDERED.

This 9th day of December, 2008.

_____
JAMES C. FOX
Senior United States District Judge