AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., )<br>WHITEVILLE RENTALS, INC., )<br>                Plaintiff, )<br>)<br>v. )<br>)<br>SAUER, INC., )<br>                Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:08-CV-12-F1** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Motion for Default Judgment is granted for the Plaintiff in the amount of $61,400.00, plus post-judgment interest at the legal rate.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 10, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

James R. Nance, Jr.
P.O. Box 1358
Fayetteville, NC 28302

| | |
|---|---|
| December 10, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |